**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-10758-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Karl A. Fisher<br>535 Liberty Street<br>Grove City PA 16127 | Jennifer A. Fisher<br>535 Liberty Street<br>Grove City PA 16127 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/11/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/14/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 14-10758-TPA
Karl A. Fisher    Chapter 13
Jennifer A. Fisher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Nov 12, 2019
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
13979482         The Bank of New York Mellon,   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
         P.O. BOX 24605,   West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2019 at the address(es) listed below:
         Dai  Rosenblum    on behalf of Joint Debtor Jennifer A. Fisher Jody@dairosenblumbankruptcy.com,
     pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Dai  Rosenblum    on behalf of Debtor Karl A. Fisher Jody@dairosenblumbankruptcy.com,
     pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Elizabeth Lamont Wassall    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder pabk@logs.com,  ewassall@logs.com
         James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
         Jodi L. Hause    on behalf of Creditor    The Bank of New York Mellon etal
     jodi.hause@phelanhallinan.com,  pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sindi  Mncina    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) smncina@rascrane.com
         Stuart P. Winneg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu swinneg@udren.com,  cblack@udren.com
         Thomas  Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                                                                TOTAL: 11