**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
- - - - - - - - - - - - - - - - - X
                                   :
In re:                             :
                                   :    CASE NO. 14-10758-TPA
KARL A. FISHER and                 :
JENNIFER A. FISHER, Debtors.       :         Chapter 13
                                   :
KARL A. FISHER and                 :
JENNIFER A. FISHER, Movants,       :
                                   :
     v.                            :    Hearing date: 12/11/2019
                                   :    Hearing time: 10:30 AM
THE BANK OF NEW YORK MELLON        :
f/k/a THE BANK OF NEW YORK as      :    Related to Document #86
successor trustee for JP           :
MORGAN CHASE BANK, N.A., as        :
Trustee for the Benefit of the     :
Certificateholders of Popular      :
ABS, Inc. Mortgage Pass-Through;   :
OCWEN LOAN SERVICING, LLC as       :
servicer for THE BANK OF NEW       :
YORK MELLON f/k/a THE BANK OF      :
NEW YORK as successor trustee      :
for JP MORGAN CHASE BANK, N.A.,    :
as Trustee for the Benefit of      :
the Certificateholders of Popu-    :
lar ABS, Inc. Mortgage Pass-       :
Through; U.S. BANK NATIONAL        :
ASSOCIATION, not in its indi-      :
vidual capacity but solely as      :
Trustee for the NRZ Pass-Through   :
Trust VII (NPL); PHH MORTGAGE      :
SERVICES; and NATIONSTAR MORT-     :
GAGE LLC d/b/a MR. COOPER,         :
                                   :
          Respondents.             :
- - - - - - - - - - - - - - - - - X
```

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR STATUS CONFERENCE**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on November 20, 2019. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

**Karl A. Fisher**
**Jennifer A. Fisher**
535 Liberty Street
Grove City, PA 16127

**Bank of New York Mellon**
1661 Worthington Rd.
Suite 100
West Palm Beach, FL 33409

**Ocwen Loan Servicing**
P.O. Box 785053
Orlando, FL 32878-5053

**Ocwen Loan Servicing**
1661 Worthington Rd.
Suite 100
West Palm Beach, FL 33409

**The Bank of New York Mellon**
**c/o Ocwen Loan Servicing, LLC**
**Attn: Bankruptcy Department**
P.O. BOX 24605
West Palm Beach, FL 33416-4605

**Jay Bray, CEO**
**Nationstar Mortgage Holdings Inc.**
350 Highland Drive
Lewisville, TX 75067

**Anthony W. Villani, General Counsel**
**Nationstar Mortgage Holdings Inc.**
350 Highland Drive
Lewisville, TX 75067

**Nationstar Mortgage LLC d/b/a Mr. Cooper**
**Attn: Customer Service**
Lake Vista 4,
800 State Highway 121 Bypass
Lewisville, TX 75067

**Robert B. Crowl, President/CEO**
**PHH Mortgage Corp.**
1 Mortgage Way
Mount Laurel, NJ 08054

**Madeline Flanagan, General Counsel**
**PHH Mortgage Corp.**
1 Mortgage Way
Mount Laurel, NJ 08054

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Elizabeth Lamont Wassall**
**Ocwen Loan Servicing, LLC**
pabk@logs.com

**Thomas Song**
**Jerome B. Blank**
**The Bank of New York Mellon**
pawb@fedphe.com

**Jodi L. Hause**
**The Bank of New York Mellon**
jodi.hause@phelanhallinan.com

2

**Stuart P. Winneg**
**The Bank of New York Mellon**
swinneg@udren.com

**Sindi Mncina**
**James Warmbrodt**
**U.S. Bank National Association**
bkgroup@kmllawgroup.com

**James Warmbrodt**
**U.S. Bank National Association**
jwarmbrodt@kmllawgroup.com

Executed on: November 20, 2019

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900      Pa. ID# 31802
dai@dairosenblumbankruptcy.com