Case 14-10758-TPA    Doc 88    Filed 11/21/19    Entered 11/22/19 00:48:45    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
11/19/19 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| KARL A. FISHER and<br>JENNIFER A. FISHER<br>    *Debtors* | Case No. 14-10758 TPA<br><br>Chapter 13 |
| KARL A. FISHER and<br>JENNIFER A. FISHER<br>    *Movants*<br>v.<br>THE BANK OF NEW YORK<br>MELLON f/k/a The Bank of New<br>York as successor Trustee for JP<br>Morgan Chase Bank, N.A., PHH<br>MORTGAGE SERVICES and<br>NATIONSTAR MORTGAGE LLC,<br>d/b/a Mr. Cooper<br>    *Respondents* | Related to Document No. 81<br><br><br><br><br><br><br><br>Hearing: December 11, 2019 at 10:30 A.M. |

## ORDER

*AND NOW*, this **19th** day of *November, 2019*, Debtors having filed a *Motion for Status Conference* at Document No. 81,

It is hereby **ORDERED, ADJUDGED and DECREED** that *Counsel for Mr. Cooper* shall *personally* appear at a *Status Conference* scheduled for *December 11, 2019* at *10:30 A.M.* in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to Serve:
    Dai Rosenblum, Esq.

Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Customer Service, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karl A. Fisher  
Jennifer A. Fisher  
     Debtors

Case No. 14-10758-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
       +Nationstar Mortgage LLC dba Mr. Cooper,   Attn: Customer Service,   Lake Vista 4,   800 State Highway 121 Bypass,   Lewsiville, TX 75067-4180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
        Dai  Rosenblum    on behalf of Joint Debtor Jennifer A. Fisher Jody@dairosenblumbankruptcy.com,    pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai  Rosenblum    on behalf of Debtor Karl A. Fisher Jody@dairosenblumbankruptcy.com,    pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Elizabeth Lamont Wassall    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder pabk@logs.com, ewassall@logs.com
        James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com
        Jodi L. Hause    on behalf of Creditor   The Bank of New York Mellon etal jodi.hause@phelanhallinan.com,  pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sindi  Mncina    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) smncina@rascrane.com
        Stuart P. Winneg    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu swinneg@udren.com, cblack@udren.com
        Thomas  Song    on behalf of Creditor   The Bank of New York Mellon etal pawb@fedphe.com
                                                                                                       TOTAL: 11