Case 14-10758-TPA    Doc 89    Filed 12/12/19    Entered 12/12/19 14:11:38    Desc Main
Document      Page 1 of 1

FILED
12/12/19 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-10758-TPA |
| Karl A. Fisher | : | Chapter: | 13 |
| Jennifer A. Fisher | : | | |
| *Debtor(s).* | : | Date: | 12/11/2019 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**  #81 S. Conf. on Loan Modification (Non LMP)

**APPEARANCES:**
          Debtor:       Dai Rosenblum
          Trustee:      Jana Pail
          Nationstar:   James Warmbrodt (video)

**NOTES:**

Rosenblum:  Background of matters given. (10:48) Unable to get grant of final modification due to changes in servicers, etc. I would like the questions answered in the prayer for relief.

Warmbrodt:  Background given re trial modification. Following no permanent loan modification made. Servicer filing payment change notices not aware of the loan modification. Expect that withinin 30 days we could address the loan modification issues. Nationstar is servicer as of October , 2019. My client has not yet received complete loan history from prior servicer.

Pail:  The audit is done, case is complete. There was sufficient funding. Also need a payoff statement.

**OUTCOME:**  Continued to 1/16/20 at 10:30am

*/s/ signature*
vas