Case 14-10758-TPA    Doc 93    Filed 01/18/20    Entered 01/19/20 00:42:23    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/16/20 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| KARL A. FISHER and JENNIFER A. FISHER,<br>    *Debtors.*<br>KARL A. FISHER and JENNIFER A. FISHER,<br>    *Movants,*<br>v.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A. ET AL.,<br>    *Respondents.* | Case No. 14-10758-TPA<br>Chapter 13<br><br>Related to Doc. No 81 |

## ORDER

**AND NOW,** this **16th** day of **January 2020,** for the reasons stated at the continued hearing held this date on the Debtors' **Motion for Status Conference** (Doc. 81), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that based upon the agreement of the Parties at the time of the hearing, the status quo as to the mortgage payments shall maintain.

                                                  Thomas P. Agresti, Judge
                                                  United States Bankruptcy Court

Case Administrator to serve:
    Dai Rosenblum, Esq.
    James Warmbrodt, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Karl A. Fisher
Jennifer A. Fisher
    Debtors

Case No. 14-10758-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Jan 16, 2020
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db/jdb         +Karl A. Fisher,    Jennifer A. Fisher,    535 Liberty Street,    Grove City, PA 16127-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
            Dai  Rosenblum    on behalf of Joint Debtor Jennifer A. Fisher Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
            Dai  Rosenblum    on behalf of Debtor Karl A. Fisher Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
            Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder pabk@logs.com,   ewassall@logs.com
            James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bkgroup@kmllawgroup.com
            Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
            Jodi L. Hause    on behalf of Creditor    The Bank of New York Mellon etal jodi.hause@phelanhallinan.com,   pawb@fedphe.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) smncina@rascrane.com
            Stuart P. Winneg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu swinneg@udren.com,   cblack@udren.com
            Thomas  Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
                                                                                                                                                              TOTAL: 11