UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

In Re:                                          ) Case No.:   14-10758-TPA
    Kari A. Fisher and Jennifer A. Fisher,   )
                                            ) CHAPTER 13
Debtor.                                         )
                                            )
                                            ) **REQUEST FOR NOTICE**
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED.**

**R. BANKR. P. 2002(g)**

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

    **PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust

National Association as Trustee of the FW  Series I Trust ("SNSC"), a creditor in the above –

captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed

in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of

Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings,

the filing of any requests for hearing, objections, and/or notices of motion, or any other

auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors'

committees and parties-in-interest and other notices as required by the United States

Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    SNSC requests that for all notice purposes and for inclusion in the Master Mailing List

in this case, the following address be used:

1

**PHYSICAL ADDRESS:**                    **EMAIL ADDRESS:**

2
SN Servicing Corporation                    BKNotices@snsc.com
323 5th Street

3
Eureka, CA 95501

4

5

6    Dated:  August 11, 2020                By:  /s/ Kathy Watson _____
                                          Kathy Watson

7                                          c/o SN Servicing Corporation
                                          Bankruptcy Asset Manager

8                                          323 5th Street
                                          Eureka, CA 95501

9                                          800-603-0836
                                          BKNotices@snservicing.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR NOTICE

## CERTIFICATE OF SERVICE

On August 11, 2020, I served the foregoing documents described as Request for notices on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Dai Rosenblum**
Jody@dairosenblumbankruptcy.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Maben May</u>
Maben May

On August 11, 2020, I served the foregoing documents described as Request for notices on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Karl A. Fisher**
535 Liberty Street
Grove City, PA 16127

**Jennifer A. Fisher**
535 Liberty Street
Grove City, PA 16127

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Maben May</u>
Maben May