Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Karl A. Fisher** | : | Case No. 14−10758−TPA |
| **Jennifer A. Fisher** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 100 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/3/21 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this *The 20th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 100 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 4, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***February 3, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-10758-TPA |
| Karl A. Fisher | Chapter 13 |
| Jennifer A. Fisher | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 3 |
| Date Rcvd: Nov 20, 2020 | Form ID: 300b | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karl A. Fisher, Jennifer A. Fisher, 535 Liberty Street, Grove City, PA 16127-2208 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 13881706 | + | Bank of New York Mellon, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13881707 | + | Brighton Radiology Associates, 3572 Brodhead Road Ste 201, Monaca, PA 15061-3141 |
| 13881710 | + | Central Cardiovascular Assocs, 1350 Locust St., Ste. 100, Pittsburgh, PA 15219-4738 |
| 13881713 | | Direct Rewards (HSBC), P.O. Box 71105, Charlotte, NC 28272-1105 |
| 13903310 | + | Grove City Borough, 123 W. Main St. #110, Grove City, PA 16127-1299 |
| 13881716 | | Grove City Medical Center, 631 North Broad Street Ext., Grove City, PA 16127-4603 |
| 15155763 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 13881718 | | Ocwen Loan Servicing, P.O. Box 785053, Orlando, FL 32878-5053 |
| 13881719 | + | Ocwen Loan Servicing, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 14007637 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13881720 | | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 13881721 | + | SKO Brenner American, P.O. Box 230, Farmingdale, NY 11735-0230 |
| 13881723 | + | SRU Federal Credit Union, 235 Grove City Rd., Slippery Rock, PA 16057-8525 |
| 13903023 | + | SRU Federal Credit Union, c/o S.R. Law, LLC, 631 Kelly Blvd., PO Box 67, Slippery Rock, PA 16057-0067 |
| 13881722 | | SRU Federal Credit Union, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 13979482 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |
| 13881724 | + | Tri Rivers Surgical, 9104 Babcock Blvd, Suite 2120, Pittsburgh, PA 15237-5818 |
| 15106665 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13881705 | | Email/Text: legal@arsnational.com | Nov 21 2020 01:44:00 | ARS National Services Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 13941182 | + | Email/Text: BKRMailOps@weltman.com | Nov 21 2020 01:44:00 | Atlantic Credit & Finance Special Finance Unit III, GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis, 436 Seventh Avenue, Ste 1400, Pittsburgh, PA 15219-1827 |
| 13881709 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:32:38 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 13881708 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:31:22 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13881712 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 21 2020 01:44:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 13881714 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 2 of 3 |
| Date Rcvd: Nov 20, 2020 | Form ID: 300b | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2020 01:32:36 | GECRB/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13881715 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:36 | GECRB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13881711 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 21 2020 01:33:52 | Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 13924777 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2020 01:32:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15276229 | | Email/Text: bknotices@snsc.com | Nov 21 2020 01:45:00 | SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ocwen Loan Servicing, LLC as servicer for The Bank |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | | U.S. Bank National Association, not in its individ |
| 13885199 | * | ARS National Services Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 13885200 | *+ | Bank of New York Mellon, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13885201 | *+ | Brighton Radiology Associates, 3572 Brodhead Road Ste 201, Monaca, PA 15061-3141 |
| 13885203 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 13885202 | *+ | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13885204 | *+ | Central Cardiovascular Assocs, 1350 Locust St., Ste. 100, Pittsburgh, PA 15219-4738 |
| 13885206 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 13885207 | * | Direct Rewards (HSBC), P.O. Box 71105, Charlotte, NC 28272-1105 |
| 13885208 | * | GECRB/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13885209 | *+ | GECRB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13885210 | * | Grove City Medical Center, 631 North Broad Street Ext., Grove City, PA 16127-4603 |
| 13885205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 13885211 | * | Monarch Recovery Management Inc., P.O. Box 21089, Philadelphia, PA 19114-0589 |
| 13885212 | * | Ocwen Loan Servicing, P.O. Box 785053, Orlando, FL 32878-5053 |
| 13885213 | *+ | Ocwen Loan Servicing, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13885214 | * | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 13885215 | *+ | SKO Brenner American, P.O. Box 230, Farmingdale, NY 11735-0230 |
| 13885217 | *+ | SRU Federal Credit Union, 235 Grove City Rd., Slippery Rock, PA 16057-8525 |
| 13885216 | * | SRU Federal Credit Union, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 13885218 | *+ | Tri Rivers Surgical, 9104 Babcock Blvd, Suite 2120, Pittsburgh, PA 15237-5818 |
| 13881717 | ## | Monarch Recovery Management Inc., P.O. Box 21089, Philadelphia, PA 19114-0589 |

TOTAL: 4 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020           Signature:      /s/Joseph Speetjens

Case 14-10758-TPA    Doc 104    Filed 11/22/20    Entered 11/23/20 00:30:46    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 300b | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Jennifer A. Fisher Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Karl A. Fisher Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Elizabeth Lamont Wassall | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder pabk@logs.com, ewassall@logs.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) smncina@rascrane.com |
| Stuart P. Winneg | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu swinneg@udren.com, cblack@udren.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu pawb@fedphe.com |

TOTAL: 12