**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/26/21 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    KARL A. FISHER
    JENNIFER A. FISHER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-10758 TPA

Chapter 13

Document No.: 100

ORDER OF COURT

  AND NOW, this 26th day of January, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-10758-TPA |
| Karl A. Fisher | Chapter 13 |
| Jennifer A. Fisher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 3 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karl A. Fisher, Jennifer A. Fisher, 535 Liberty Street, Grove City, PA 16127-2208 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 13881706 | + | Bank of New York Mellon, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13881707 | + | Brighton Radiology Associates, 3572 Brodhead Road Ste 201, Monaca, PA 15061-3141 |
| 13881710 | + | Central Cardiovascular Assocs, 1350 Locust St., Ste. 100, Pittsburgh, PA 15219-4738 |
| 13881713 | | Direct Rewards (HSBC), P.O. Box 71105, Charlotte, NC 28272-1105 |
| 13903310 | + | Grove City Borough, 123 W. Main St. #110, Grove City, PA 16127-1299 |
| 13881716 | | Grove City Medical Center, 631 North Broad Street Ext., Grove City, PA 16127-4603 |
| 15155763 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 13881718 | | Ocwen Loan Servicing, P.O. Box 785053, Orlando, FL 32878-5053 |
| 13881719 | + | Ocwen Loan Servicing, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 14007637 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13881720 | | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 13881721 | + | SKO Brenner American, P.O. Box 230, Farmingdale, NY 11735-0230 |
| 13881723 | + | SRU Federal Credit Union, 235 Grove City Rd., Slippery Rock, PA 16057-8525 |
| 13903023 | + | SRU Federal Credit Union, c/o S.R. Law, LLC, 631 Kelly Blvd., PO Box 67, Slippery Rock, PA 16057-0067 |
| 13881722 | | SRU Federal Credit Union, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 13979482 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |
| 13881724 | + | Tri Rivers Surgical, 9104 Babcock Blvd, Suite 2120, Pittsburgh, PA 15237-5818 |
| 15106665 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13881705 | | Email/Text: legal@arsnational.com | Jan 27 2021 02:47:00 | ARS National Services Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 13941182 | + | Email/Text: BKRMailOps@weltman.com | Jan 27 2021 02:49:00 | Atlantic Credit & Finance Special Finance Unit III, GE CAPITAL RETAIL BANK, c/o Weltman, Weinberg & Reis, 436 Seventh Avenue, Ste 1400, Pittsburgh, PA 15219-1827 |
| 13881709 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:02:43 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 13881708 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13881712 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 27 2021 02:49:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 13881714 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2021 03:00:58 | GECRB/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13881715 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:58 | GECRB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13881711 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:01:01 | Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 13924777 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15276229 | | Email/Text: bknotices@snsc.com | Jan 27 2021 02:50:00 | SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ocwen Loan Servicing, LLC as servicer for The Bank |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | | U.S. Bank National Association, not in its individ |
| 13885199 | * | ARS National Services Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 13885200 | *+ | Bank of New York Mellon, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13885201 | *+ | Brighton Radiology Associates, 3572 Brodhead Road Ste 201, Monaca, PA 15061-3141 |
| 13885203 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 13885202 | *+ | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13885204 | *+ | Central Cardiovascular Assocs, 1350 Locust St., Ste. 100, Pittsburgh, PA 15219-4738 |
| 13885206 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 13885207 | * | Direct Rewards (HSBC), P.O. Box 71105, Charlotte, NC 28272-1105 |
| 13885208 | * | GECRB/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 13885209 | *+ | GECRB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13885210 | * | Grove City Medical Center, 631 North Broad Street Ext., Grove City, PA 16127-4603 |
| 13885205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 13885211 | * | Monarch Recovery Management Inc., P.O. Box 21089, Philadelphia, PA 19114-0589 |
| 13885212 | * | Ocwen Loan Servicing, P.O. Box 785053, Orlando, FL 32878-5053 |
| 13885213 | *+ | Ocwen Loan Servicing, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 13885214 | * | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 13885215 | *+ | SKO Brenner American, P.O. Box 230, Farmingdale, NY 11735-0230 |
| 13885217 | *+ | SRU Federal Credit Union, 235 Grove City Rd., Slippery Rock, PA 16057-8525 |
| 13885216 | * | SRU Federal Credit Union, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 13885218 | *+ | Tri Rivers Surgical, 9104 Babcock Blvd, Suite 2120, Pittsburgh, PA 15237-5818 |
| 13881717 | ## | Monarch Recovery Management Inc., P.O. Box 21089, Philadelphia, PA 19114-0589 |

TOTAL: 4 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021                     Signature:     /s/Joseph Speetjens

District/off: 0315-1 　　　　　　　　　　User: dpas　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 26, 2021 　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Jennifer A. Fisher Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Karl A. Fisher Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Elizabeth Lamont Wassall | on behalf of Creditor Ocwen Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder pabk@logs.com, ewassall@logs.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) smncina@rascrane.com |
| Stuart P. Winneg | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu swinneg@udren.com, cblack@udren.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Throu pawb@fedphe.com |

TOTAL: 12